NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NOVEMBER THIRD TERMINATION, ASSOC., et al.,

    Plaintiff,

v.

HOFFMAN-LA ROCHE, INC., et al.,

    Defendant.

Civil Action No.: 99cv5126 (JLL)

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

**APPEARANCES:**

Charles J. Sciarra, Esq.
17 Academy Street
Suite 701
Newark, NJ 07102

Donald A. Beshada, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

**LINARES, District Judge:**

    This matter having come before the Court on the Report and Recommendation of United States Magistrate Ronald J. Hedges, filed April 27, 2005, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and

    For good cause shown;

    IT IS on this 12th day of May, 2005,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed April 27, 2005, recommending that Defendant's motion to dismiss certain Plaintiffs for failure to comply with discovery be granted is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

Dated: May 12, 2005

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE